No. 1337. TRUJILLO & MERCADO, PLAINTIFFS AND RESPONDENTS, *v.* NAGARIS ET AL., DEFENDANTS AND APPELLANTS.—Foreclosure. Mayagüez. May 25, 1915. *Appeal dismissed.*

No. 1340. GONZÁLEZ ET AL., PETITIONERS AND RESPONDENTS, *v.* REYES ET AL., CONTESTANTS AND APPELLANTS.—Ownership. San Juan, Section 1. May 26, 1915. *Appeal dismissed.*

No. 1341. TEXIDOR ET AL., PLAINTIFFS AND APPELLANTS, *v.* TORRES ET AL., DEFENDANTS AND RESPONDENTS.—Annulment of will. Guayama. May 28, 1915. *Appeal dismissed.*

No. 828. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* CORREA, DEFENDANT AND APPELLANT.—Assault and battery. San Juan, Section 2. May 28, 1915. *Judgment affirmed.*

No. 834. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* FERNÁNDEZ, ALIAS GALLEGO, DEFENDANT AND APPELLANT.—Aggravated assault and battery. San Juan, Section 2. May 28, 1915. *Judgment affirmed.*

No. 812. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PAGÁN ET AL., DEFENDANTS AND APPELLANTS.—Violation of section 370 of the Penal Code. San Juan, Section 2. May 28, 1915. *Judgment affirmed.*

No. 829. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.—Adulteration of milk. May 28, 1915. *Judgment affirmed.*

No. 841. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* NIEVES, DEFENDANT AND APPELLANT.—Aggravated assault and battery. Aguadilla. June 1, 1915. *Judgment affirmed.*